Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
Tel:  619/758-1891
Fax: 619/222-3667
E-mail: dkirkpatrick@sessions-law.biz

David Israel
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA 70002-1752
Tel: 504-828-3700
Fax: 504-828-3737
E-mail: disrael@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

**DENIED**
*[signature] Judge James Ware*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON ROLLAND DONFRAY,<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>Defendants. | Case No.: C06-04896 JW RS<br><br>REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date: November 27, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 8 |

The undersigned, counsel of record for defendant NCO Financial Systems, Inc., hereby respectfully requests the Court's permission to participate by telephone in the Initial Case Management Conference scheduled for November 27, 2006 at 10:00 a.m.

The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Initial Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Jose. Requesting party can make a conference call telephone number available for the convenience of the Court.

Respectfully submitted,

SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, LLP

Dated: 11/20/06

_____
Debbie P. Kirkpatrick

Attorney for Defendant
NCO Financial Systems, Inc.

### [PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendant NCO Financial Systems, Inc. to participate by telephone in the Initial Case Management Conference scheduled for November 27, 2006 at 10:00 a.m.

Dated: _____

James Ware
United States District Judge

Case No.: C06-04896 JW RS

Request for Telephonic Participation in Initial CMC

2