Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California  95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
DON ROLLAND DONFRAY

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| DON ROLLAND DONFRAY,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>Defendants. | Case No.  C06-04896-JW-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DON ROLLAND DONFRAY, and Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DON ROLLAND DONFRAY, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1  Dated: January 24, 2007            /s/ Fred W. Schwinn
2                                       Fred W. Schwinn, Esq.
                                        Attorney for Plaintiff
3                                       DON ROLLAND DONFRAY

4  Dated: January 24, 2007            /s/ Debbie P. Kirkpatrick
                                        Debbie P. Kirkpatrick, Esq.
5                                       Attorney for Defendant
                                        NCO FINANCIAL SYSTEMS, INC.
6

7  THE FOREGOING STIPULATION
8  IS APPROVED AND IS SO ORDERED.

9  Dated: 1/30/2007
                                       _____
10                                      The Honorable James Ware
                                        Judge of the District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                Case No. C06-04896-JW-RS